**Order entered January 31, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00360-CV

**MOLLY L. WILKERSON, Appellant**

**V.**

**MARK MALDONADO, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51795-2021**

### ORDER

Before the Court is appellant's January 22, 2022 request for clarification regarding the filing of her amended brief. We **GRANT** appellant's request for clarification and confirm that her amended brief was filed on December 17, 2021 and has now been posted to this Court's website.

Also before the Court is appellee's January 21, 2022 motion for an extension of time to file her brief. Appellee explains the extension is necessary in part,

because the portion of the reporter's record he requested has not been filed. Appellant opposes the motion and has filed a response.

We note that on January 18, 2021, we ordered court reporter Antoinette Varela to file, within thirty days, the portions of the record appellee had requested. Accordingly, we **GRANT** the motion and **ORDER** appellee's brief be filed within thirty days of the filing of the additional reporter's record.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE